Argued and submitted December 18, 2013, affirmed February 5, petition for review denied May 8, 2014 (355 Or 381)

MATTHEW SCOTT WILSON,
*Petitioner,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A151463

324 P3d 482

Elizabeth Daily, Deputy Public Defender, argued the cause for petitioner. With her on the briefs was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Doug M. Petrina, Senior Assistant Attorney General, argued the cause for respondent. With him on the brief were Ellen F. Rosenblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

Affirmed. *Campbell v. State of Oregon*, 254 Or App 726, 297 P3d 489, *rev den*, 353 Or 747 (2013).